THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY BESSMORE, Respondent, v. HARRY HONECK, Warden and Keeper of the City Prison, County of Kings, Defendant. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order sustaining writ of habeas corpus and discharging relator from imprisonment reversed upon the law and the facts, writ dismissed, and relator remanded under the commitment. We think the evidence presented at the hearing before the magistrate, together with the admission of defendant on the inquiry concerning his previous conviction, brought the case within the provisions of the statute authorizing an indeterminate sentence. (Parole Commission Act, § 4, as amd. by Laws of 1916, chap. 267.)* Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur,

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Relator. Appellant, v. ELDON M. PIETSCHKER and Others, Assessors of the Town of North Castle, County of Westchester, Respondents. Taxes of 1919.— Order confirming referee's report modified by reducing the assessed value of the relator's property, involved in this proceeding, by the sum of $185,970, and by disallowing the costs, disbursements and allowances awarded against the petitioner; and as so modified the order is affirmed, without costs. The Special Term adopted the sixty per cent ratio of assessment to actual value. The findings of fact of assessed value based upon the sixty per cent ratio to market value show a decrease of assessment on various parcels, aggregating the sum of $185,970. These decreases are not made the subject of complaint by the respondents. The increases on various parcels resulting from the findings of fact and assessed value and market value cannot be utilized to bring about the aggregate assessment made by the assessors. (*People ex rel. City of New York* v. *Keeler*, 237 N. Y. 332; *People ex rel. City of New York* v. *Tripp*, Id. 568; *People ex rel. City of New York* v. *Voris*, Id. 569.) The award of costs, disbursements and allowances against the relator was improper under the provisions of the Tax Law (§ 294, as amd. by Laws of 1920, chap. 649). Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ., concur. Settle order on notice before Mr. Justice Kapper.

SOPHIE TORP, as Administratrix, etc., of THOMAS TORP, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Lazansky, JJ., concur; Kapper, J., dissents.

GEORGE WALKER and HARRISON W. COLEY, etc., Respondents, v. EDMUND H. SMITH and Others, Appellants.— Order denying defendants' motion for a trial by jury of certain questions of fact affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Lazansky, JJ., concur.

---

* *Sic.* See Laws of 1915, chap. 579, § 4, as amd. by Laws of 1916, chap. 287.— [REP.